# Court of Appeals
# of the State of Georgia

ATLANTA,  March 01, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1225.  CHARLES GRIFFIN, JR. v. THE STATE.**

The trial court entered an order denying Charles Griffin, Jr.'s extraordinary motion for new trial, and he filed this direct appeal.[1]  But an appeal from an order denying an extraordinary motion for a new trial must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Because Griffin failed to follow the proper appellate procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/01/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
*, Clerk.*

---

[1] Griffin also filed an application for discretionary appeal from the same order, which we dismissed as untimely.  See Case No. A17D0401 (decided May 4, 2017).